JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ABDULLAH NAIM HAFIZ, | ) | CASE NO. SA CV 14-1584-JFW (PJW) |
| | ) | |
| Petitioner, | ) | |
| | ) | J U D G M E N T |
| v. | ) | |
| | ) | |
| E. VALENZUELA, WARDEN, | ) | |
| | ) | |
| Respondent. | ) | |

Pursuant to the Order Dismissing Second or Successive Habeas Corpus Petition,

IT IS ADJUDGED that the Petition is denied and this action is dismissed.

DATED: <u>October 7, 2014</u>.

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

C:\Temp\notesD30550\Judgment.wpd